IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN CARLOS HOUSE,<br><br>Petitioner,<br><br>v.<br><br>DELAWARE COUNTY COMMON PLEAS COURT, et al.,<br><br>Respondents. | CIVIL ACTION<br>NO. 17-2578<br><br>HABEAS CASE |

# O R D E R

**AND NOW**, this 17th day of October, 2017, upon consideration of the petitioner's petition for writ of habeas corpus (Doc. No. 3) and the respondent's motion for summary judgment and supporting memorandum (Doc. No. 10), and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Doc. No. 11), **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for writ of habeas corpus is **DENIED** as moot and **DISMISSED** without an evidentiary hearing.

3. The respondents' motion for summary judgment is **GRANTED**.

4. A certificate of appealability **WILL NOT ISSUE**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.